B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Connecticut

In re **Washex, Inc.**, Case No. _____
Debtor         Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Lavatec, Inc<br>300 Great Hill Road<br>Naugatuck CT 6770 | | | | $4,276,168.96 |
| Lavatec Waeschereimachinen<br>Wannenaecker Strasse 53<br>Heilbronn, Germany 74078 | | | | $1,057,794.53 |
| Texas Workforce Commission<br>PO Box 684483<br>Austin TX 78768 | | (wages) see claim 9 | | $262,455.77 |
| De Lage Landen c/o Dilworth Paxton<br>1500 Market Street, Suite 3500 E<br>Philadelphia PA 19102 | | | | $180,731.25 |
| Anthem Blue Cross & Blue Shield<br>Building 4, Floor 3<br>North Haven CT 6473 | | | | $111,103.00 |
| Wichita County Lou Murdock<br>PO Box 1471<br>Wichita Falls TX 76307 | | | | $106,139.00 |

B4 (Official Form 4) (12/07)4 -Cont.

In re **Washex, Inc.**, Case No. _____
Debtor  Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| TXU Energy<br>PO Box 650638<br>Dallas TX 75265 | | | | $94,520.06 |
| Burkburnett Independent School District<br>PO Box 608<br>Burkburnett TX 76354 | | | | $89,849.00 |
| US Department of Labor<br>341 Pine Street, Room 2319<br>PO Box 1876<br>Abilene TX 79604 | | (wages) claim is included within claim 3 | | $81,928.67 |
| Washex Emplyee Benefit Plan<br>c/o Lavatec, Inc 300 Great Hill Road<br>Naugatuck CT 6770 | | | | $74,132.77 |
| Tad Metals<br>10770 Sandhill Road<br>PO Box 550639<br>Dallas TX | | | | $51,418.18 |
| Metals USA<br>PO Box 3528<br>Enid OK 73702 | | | | $48,201.89 |

B4 (Official Form 4) (12/07)4 -Cont.

In re **Washex, Inc.**, Case No. _____

Debtor    Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Anna Equipment Private LTD<br>C-93 LGF New Rajinder Nagar<br>New Delhi India | | | | $45,000.00 |
| Zackin Zimyeski Sullivan<br>One Exchange Place, 6th Floor<br>Waterbury CT 6702 | | | | $42,006.25 |
| Texchine, Inc<br>PO Box 188<br>Chapin SC 29036 | | | | $39,774.65 |
| CIT Technology Financing Service<br>100 Congress Avenue<br>Austin TX 78701 | | | | $37,296.90 |
| Amsco Products, Inc<br>212 Lee Street<br>Wichita Falls TX 76301 | | | | $33,553.33 |
| Williamson-Dickie Manufacturing Co<br>319 Lipscomb<br>Fort Worth TX 76104 | | | | $23,816.40 |

B4 (Official Form 4) (12/07)4 -Cont.

In re **Washex, Inc.**_____, Case No. _____

                          Debtor                                         Chapter  **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| **Mind over Software** c/o Friedman & Assoc 00 Owings Court, Suite 4 Risterstown MD 21136 | | | | $21,314.79 |
| **Xerox Corporation** c/o Lam, Lyn & Phillips, 3555 Timons Lane, Suite 790 Houston TX | | | | $20,813.24 |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Samir Tadros, Chief Executive Officer of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **1/21/2010**                      Signature:  **s/ Samir Tadros**

                                                            **Samir Tadros, Chief Executive Officer**
                                                            (Print Name and Title)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.